Anthony J. BODDIE, Petitioner,

v.

DEPARTMENT OF the TREASURY, Respondent.

No. 2014–3125.

United States Court of Appeals, Federal Circuit.

July 1, 2014.

Anthony J. Boddie, Dallas, TX, pro se.

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, DC, for Respondent.

**ON MOTION**

**ORDER**

Anthony J. Boddie moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.